IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO.: **7:10-CV-4-FL**

| | |
|---|---|
| Michael and Dorothy **MANUEL**, for themselves and all others similarly situated, *Plaintiffs* v. Joseph A. **GEMBALA**, III, Esq., et al., *Defendants*. | **ENTRY OF DEFAULT AS TO DEFENDANT CHRISTOPHER FRISCH PER FED.R.CIV.P. 55(a)** |

Defendant **Christopher Frisch** having failed to plead or otherwise defend within the time after service allowed by law, and Plaintiffs having provided proof of service of process, and Plaintiffs having moved for entry of default,

**DEFAULT** is hereby entered against Defendant **Christopher Frisch** per Fed.R.Civ.P. 55(a) in the above styled action.

This 28th day of July, 2010.

DENNIS P. IAVARONE
Clerk of Court,
U.S. District Court for the
Eastern District of North Carolina